[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-15223
Non-Argument Calendar
_____

D.C. Docket No. 2:11-cr-00097-RDP-JEO-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JUAN DIEGO VILLA-FRANCISCO,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(February 11, 2013)

Before HULL, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

    W. Scott Brower, appointed counsel for Juan Diego Villa-Francisco, has

moved to withdraw from further representation of the appellant and filed a brief

pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Villa-Francisco's conviction and sentence are **AFFIRMED**.